JOHN TERRY v. THE STATE.

No. 8998.   Delivered December 3, 1924.

Rehearing denied January 16, 1925.

**Sale of Intoxicating Liquor.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wise County.   Tried below before the Hon. F. O. McKensie, Judge.

Appeal from a conviction for the sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Upon appellant's plea of guilty he was convicted for the sale of intoxicating liquor and his punishment assessed at confinement in the penitentiary for one year.

No statement of facts nor any bills of exception appear in the record. In this condition nothing is brought forward for review.

The judgment is affirmed.

*Affirmed.*